3-2-15

Dear Clerk,

Can Yu Help me? I Need To Know How To Get Help With Actual Innocence In Texas.

Thank Yu Kindly

Paile Benner (278853)
2191 FM 369 NW
Iowa Park, TX 76367-6528

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk